754 A.2d 1148

IN THE MATTER OF BRYAN F. FERRICK,
AN ATTORNEY AT LAW.

July 17, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **BRYAN F. FERRICK** of **SHREWS-BURY**, who was admitted to the bar of this State in 1990, should be disciplined for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.4(b) (failure to explain matter to the extent necessary for client to make informed decision regarding representation), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **BRYAN F. FERRICK** is suspended from the practice of law for a period of three months and until the

further Order of the Court, effective August 9, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.